Monte J. White & Associates, P.C.
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-70279-HDH-13 |
| Mark Dewayne Burns | § | |
| and | § | CHAPTER 13 |
| Stacey Lynn Burns | § | |
| Debtor(s) | § | |

MOTION FOR SUSPENSION OF MONTHLY PLAN PAYMENTS UNDER 11 USC §1329

NOW COMES the Debtor(s) herein, by and through attorney of record, Monte J. White, respectfully submits this MOTION FOR SUSPENSION OF MONTHLY PLAN PAYMENTS UNDER 11 USC §1329 and states as follows:

1. That the Debtor(s) herein filed a Voluntary Petition under Chapter 13 of Title 11 of the United States Code on 6/9/2009. The Plan was confirmed on 8/20/2009.

2. Debtor, Mark DeWayne Burns, is medically unable to work. He is waiting for social security disability payments to begin. His monthly disability payments are estimated at about $2,100.00 per month.

3. Joint Debtor, Stacey Lynn Burns, is currently seeking employment.

4. Debtor(s) have made all plan payments that have come due save for an arrears amount of $15.40.

5. Debtor(s) requests that the Court suspend plan payments for 3 months (December 2009-February 2010) to allow time for disability payments to begin and Joint Debtor to find employment.

6. Debtors propose to repay the missed payments in the amount of $1,908.40, over the remaining life of the plan (42 months as of March 2010) with additional payments of approximately $45.44 per month. Debtors' plan base shall remain $32,181.00.

7. Additionally, Debtors request that their attorney, Monte J. White, be allowed $350.00 in attorney fees plus $50.00 in costs to be paid by the Trustee through the Debtors' plan for the preparation and filing of this Motion.

WHEREFORE, PREMISES CONSIDERED, the Debtors pray that the payment schedule be suspended for the above specified three-month period to insure proper success of the plan and that monthly payment resume in March 2010.

Respectfully submitted,

/s/Monte J. White

IMPORTANT NOTICE

PURSUANT TO LOCAL BANKRUPTCY RULE 9007, YOU ARE HEREBY NOTIFIED THAT NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT ON OR BEFORE TWENTY (20) DAYS FROM THE DATE OF SERVICE HEREOF.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE TO (1) THE DEBTOR AND DEBTOR'S ATTORNEY; (2) THE OFFICE OF THE U.S. TRUSTEE; (3)ANY TRUSTEE AND THE TRUSTEE'S ATTORNEY; (4) THE MEMBERS OF ANY OFFICIAL COMMITTEE, OR THE ATTORNEY FOR ANY OFFICIAL COMMITTEE IF AN ATTORNEY HAS BEEN EMPLOYED; OR, IF THERE IS NO COMMITTEE, THE TWENTY (20) LARGEST UNSECURED CREDITORS; (5) ANY PARTY REQUESTING NOTICE; (6) ANY PARTY NAMED ON A COURT-APPROVED ALTERNATIVE SERVICE LIST; (7) THE RESPONDING PARTIES; AND (8) ANY OTHER AFFECTED ENTITY.

IF NO HEARING ON SUCH NOTICE OR MOTION INITIATING A CONTESTED MATTER IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.

s/Monte J. White
Attorney for Debtor

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on November 19, 2009, on all parties on the mailing matrix:

/s/Monte J. White
Attorney for Debtor(s)

```
Label Matrix for local noticing        Clay CAD                                 Compass Bank
0539-7                                  Linebarger Goggan Blair & Sampson, LLP  P.O. BOX 201347
Case 09-70279-hdh13                     c/o Sherrel K. Knighton                 ARLINGTON, TX 76006-1347
Northern District of Texas              2323 Bryan Street
Wichita Falls                           Suite 1600
Tue Nov 17 11:06:57 CST 2009            Dallas, TX 75201-2644

1100 Commerce Street                    AETNA                                   Account Recovery Svcs
Room 1254                               151 Farmington Avenue                   3144 Sw 28th Ave Ste A
Dallas, TX 75242-1305                   Hartford, CT 06156-0002                 Amarillo, TX 79109-3169


Bay Area Credit Servic                  Clay CAD                                Clay County Appraisal District
97 E Brokaw Rd Ste 240                  c/o Sherrel K. Knighton                 CO Linebarger Goggan Blair & Et Al
San Jose, CA 95112-4209                 Linebarger Goggan Blair & Sampson, LLP  2323 Bryan St., Ste 1600
                                        2323 Bryan Street Suite 1600            Dallas, TX 75201-2637
                                        Dallas, TX 75201-2644


Clinics of North Texas                  Compass Bank                            Compass Bank
PO Box 97521                            Attn: Bankruptcy                        P.O. Box 10566
Wichita Falls, TX 76307-7521            PO Box 10566                            Birmingham, AL 35296-0002
                                        Birmingham, AL 35296-0002


Compass Bank (Secured)                  Executive Services                      Executive Services
P.O. Box 201347                         1200 Austin St                          1200 Austin Street
Arlington, TX 76006-1347                Wichita Falls, TX 76301-4623            P.O. Box 2248
                                                                                Wichita Falls, Texas 76307-2248


Fairlane-sst                            Fst Coll Srv                            HSBC Bank Nevada, N.A.
4315 Pickett Rd                         10925 Otter Creek Rd E                  Bass & Associates, P.C.
Saint Joseph, MO 64503-1600             Mabelvale, AR 72103-1661                3936 E. Ft. Lowell Rd, Suite 200
                                                                                Tucson, AZ 85712-1083


Hsbc Best Buy                           IRS Special Procedures                  Lane Bryant Retail-soa
Attn: Bankruptcy                        1100 Commerce St., Room 951             450 Winks Ln
PO Box 6985                             Mail Stop 5029 DAL                      Bensalem, PA 19020-5932
Bridge Water, NJ 08807-0985             Dallas, TX 75242-1001


Maplewood Ambulatory Surgery Ctr., Inc  MedDirect                               Monte J. White & Associates
4301 Maplewood Ave Ste C                PO Box 120130                           1106 Brook Ave
Wichita Falls, TX 76308-3879            Grand Rapids, MI 49530-0001             Wichita Falls TX 76301-5009


Perdue Brandon Fielder Collins & Mott LL  Toyota Motor Credit Co                (p)TOYOTA MOTOR CREDIT CORPORATION
Attorneys At Law                          Address Not Available                 PO BOX 8026
900 Eighth Street                         Atlanta, GA 30309                     CEDAR RAPIDS IA 52408-8026
Suite 1100
Wichita Falls, Texas 76301-6812


United Regional                         WaMu                                    Wells Fargo
1600 8th Street                         PO Box 99604                            206 North Bridge
Wichita Falls, TX 76301-3108            Arlington, TX 76096-9604                Henrietta, TX 76365-2806
```

| | | |
|---|---|---|
| Wells Fargo Bank<br>Overdraft Recovery Payment Pro. Dept.<br>A0143-042<br>P.O. Box 63491<br>San Francisco, Ca 94163-0001 | Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Card Ser<br>PO Box 5058<br>Portland, OR 97208-5058 |
| Mark Dewayne Burns<br>PO Box 146<br>Byers, TX 76357-0146 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Wichita Falls, TX 76301-5009 | Stacey Lynn Burns<br>PO Box 146<br>Byers, TX 76357-0146 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Toyota Motor Credit Corporation
5005 North River Blvd., N.E.
Cedar Rapids, IA 52411-6634

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37